| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| OTHEANER MURPHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:06-CV-269 |
| | § | |
| JOSEPH SMITH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Otheaner Murphy, an inmate confined within the Texas Department of Justice, Correctional Institutions Division, proceeding *pro se*, filed this lawsuit against Joseph Smith, Tim Lester and Wesley Freeman. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion asking that his claim against defendant Smith be voluntarily dismissed. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion to dismiss is

**GRANTED**. The claim against Joseph Smith is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Beaumont, Texas, this 3rd day of February, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE